**FORM 9** (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | Case No. 08-32365 |
| | : | |
| **Sheperd, Linda S.** | : | Chapter 7 |
| | : | |
| **Debtor.** | : | Judge Lawrence S. Walter |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

    The attached check in the amount of $35.33 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 374(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Berks Credit and Collections<br>PO Box 329<br>Temple, PA 19560-0329 | 4 | $4.84 |
| RBS Citizens N.A.<br>C/o Weltman, Weinberg & Reis Co., LPA<br>525 Vine Street<br>Cincinnati, OH 45202 | 5 | $30.49 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $_____ | $35.33_____ |

Dated:  October 18, 2011

                                                     /s/ Thomas R. Noland
                                                   Thomas R. Noland #0018239
                                                   Case Trustee

900 Fifth Third Center  
1 South Main Street  
Dayton, OH 45402  
937. 222.1203 / 937.222.1046 fax  
trustee@statmanharris.com